```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
            -v-                     :    07 Crim. 609 (JSR)
                                    :
MENTOR DAIJA,                       :            ORDER
                                    :
            Defendant.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, see transcript, 9/6/07, the defendant's motion to suppress statements is denied.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 6, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9-6-07

1