Local Criminal Notice of Appeal Form

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-08

# NOTICE OF APPEAL
United States District Court

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

MENTOR DAIJA

Docket No.: S1 07 CR 609  (JSR)

JED S. RAKOFF
(District Court Judge)

Notice is hereby given that MENTOR DAIJA appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ___ ] AND SENTENCE
(specify)

entered in this action on FEBRUARY 19, 2008
(date)

Offense occurred after November 1, 1987    Yes [✓]  No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction and Sentence [ ]

Date FEBRUARY 19, 2008
TO

ALEXEI SCHACHT
(Counsel for Appellant)

Address  350 FIFTH AVENUE, SUITE 1422

NEW YORK, NEW YORK 10118

Telephone Number: 212-616-5540

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER |

► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

Prepare transcript of                                    Dates
[ ] Prepare proceedings _____
[ ] Trial _____
[✓] Sentencing FEBRUARY 19, 2008
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment  [ ] Funds [✓]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE  /s/      DATE FEBRUARY 20, 2008

► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | | | |

Date _____   Signature _____
(Court Reporter)

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05